IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>-v-<br><br>COLONIAL MILLS, INC.,<br><br>                  Defendant. | Civil Case Number: 1:20-cv-10819-LTS-RWL |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 15, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-10819-LTS-RWL** by the named plaintiff are dismissed with prejudice, and the claims asserted on behalf unnamed plaintiffs are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 19 **day of** April **2021.**

                                                        /s/ Laura Taylor Swain
                                            HONORABLE LAURA TAYLOR SWAIN
                                            UNITED STATES DISTRICT JUDGE